NUMBER 13-99-536-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


IN THE MATTER OF D. G., A CHILD

____________________________________________________________________


On appeal from the 92nd District Court


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellant, D. G., A CHILD, perfected an appeal from a judgment entered by the
92nd District Court of Hidalgo County, Texas, in cause number J-449-98-A. After the
record was filed, appellant filed a motion to dismiss the appeal. The motion complies
with Tex. R. App. P. 42.2(a). 

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 25th day of May, 2000.